Wendy B. Pfau, SBN: 257215
**POTTER, PADILLA & PFAU**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
Email:  wpfau@pottercohenlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KRISTINA ANN ROESLER, | Case No.: 8:23-cv-00913-AS |
| Plaintiff, | [~~PROPOSED~~] **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

IT IS ORDERED that the Commissioner shall pay Plaintiff for attorney fees in the amount of **$4,700** (Four Thousand, Seven Hundred Dollars and No Cents) under the Equal access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: January 12, 2024            / s / Sagar
                                  HONORABLE ALKA SAGAR
                                  UNITED STATES MAGISTRATE JUDGE

-1-